```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION


DR. LENARD KING AND MRS. DEBORAH KING            PLAINTIFFS

v.                              CAUSE NO. 5:22-cv-57-DCB-LGI

LINCOLN COUNTY BOARD OF SUPERVISORS, ET AL       DEFENDANTS
```

FINAL JUDGMENT

This cause having come before the Court on Defendants' Motion for Judgment on Pleadings [ECF No. 8], and the Court, having granted the Motion in accordance with Federal Rule of Civil Procedure 12(c), thereby denying Plaintiffs' claims:

ACCORDINGLY,

IT IS HEREBY ORDERED AND ADJUDGED that final judgment in favor of Defendants is entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED AND ADJUDGED this the 10th day of January 2023.

```
                            /s/     David Bramlette
                         UNITED STATES DISTRICT JUDGE
```